# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-DAD-EPG<br><br>CLASS ACTION<br><br>**ORDER CONTINUING DISCOVERY DEADLINES**<br><br>(ECF No. 14) |

Upon consideration of the Parties' Joint Stipulation to Continue Discovery Deadlines (ECF No. 14), and good cause appearing, IT IS HEREBY ORDERED THAT:

(a) The Non-expert discovery, including motions to compel, related to class certification discovery shall be continued to November 15, 2019;

(b) The deadline for filing class certification motion(s) shall be continued to December 20, 2019; and

(c) The mid-discovery status conference date shall be continued to January 22, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 18, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE