UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFFING SOLUTIONS INC.,<br><br>    Defendant. | 1:19-cv-00236-DAD-EPG<br><br>NEW CASE NUMBER:<br><br>**1:19-cv-00236-EPG**<br><br>**ORDER REASSIGNING CASE** |

    All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 13, 16.) Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Erica P. Grosjean for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

    To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:19-cv-00236-EPG**

IT IS SO ORDERED.

    Dated: **July 22, 2019**

                                                          UNITED STATES DISTRICT JUDGE