# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-DAD-EPG<br><br>CLASS ACTION<br><br>**ORDER CONTINUING CASE DEADLINES**<br><br>Judge: Hon. Erica P. Grosjean<br>Ctrm.: 10<br><br>(ECF No. 20) |

Upon consideration of the Parties' Joint Stipulation to Continue Case Deadlines (ECF No. 20), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The deadline to complete non-expert discovery, including motions to compel, related to class certification discovery is extended to December 30, 2019;
2. The deadline for filing class certification motion(s) is extended to February 4, 2020; and
3. The mid-discovery status conference, currently set for January 22, 2020, is continued to **March 16, 2020, at 10:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file

a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **September 23, 2019**　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE