# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-DAD-EPG<br><br>CLASS ACTION<br><br>**ORDER ON NOTICE OF CLASS ACTION SETTLEMENT AND JOINT STIPULATION TO EXTEND DEADLINE FOR SUBMITTING DISPOSITIONAL DOCUMENTS**<br><br>**(ECF No. 22)** |

On December 23, 2019, the Parties in the above-captioned action filed a Notice of Class Action Settlement and Joint Stipulation to Extend Deadline for Submitting Dispositional Documents (ECF No. 22). Pursuant to that Stipulation, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file a motion for preliminary approval of the proposed class action settlement by **March 18, 2020**. A preliminary approval hearing is set for **April 3, 2020, at 10:00 a.m.** All other deadlines and hearings are vacated.

IT IS SO ORDERED.

Dated: **December 26, 2019**          /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE