1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  TERESA JUNKERSFELD, an individual on            Case No. 1:19-cv-00236-EPG
    behalf of herself and others similarly situated,
11                                                   <u>CLASS ACTION</u>

12              Plaintiff,                           **ORDER RESETTING DEADLINES FOR
                                                     COMPLETING CLASS DISCOVERY
13         v.                                        AND FILING CLASS CERTIFICATION
                                                     MOTION(S)**
14  MEDICAL STAFFING SOLUTIONS, INC.;
15  and DOES 1 to 10, inclusive,                     (ECF No. 24)

16              Defendants.

17

18

19         The parties have filed a stipulation requesting that the Court reset the deadlines for

20  completing class discovery and for Plaintiff to file class certification motion(s). (ECF No. 24.)

21  The parties explain that the anticipated settlement agreement has failed, and that although they are

22  continuing negotiations, in light of their inability to finalize the settlement, they request the

23  deadlines be reset. The Court finds good cause for and will therefore grant the request.

24         IT IS ORDERED:

25         1.      The deadline to complete non-expert discovery related to class certification,

26                 including motions to compel related to such discovery, is reset to **<u>July 14, 2020</u>**;

27  \\\

28

1    2.    The deadline for filing class certification motion(s) is reset to **September 14, 2020**.

2    3.    The hearing for preliminary approval of class action settlement, currently set for

3         April 3, 2020, is vacated.

4

5    IT IS SO ORDERED.

6    Dated:    **March 17, 2020**                     /s/ *Ellen P. Gregory*

7                                              UNITED STATES MAGISTRATE JUDGE