# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-DAD-EPG<br><br>**ORDER STAYING PROCEEDINGS**<br><br>**(ECF No. 26)** |

Pursuant to the stipulation of the parties (ECF No. 26) and finding that good cause exists, IT IS ORDERED:

1. All proceedings in this case are stayed until after the Ninth Circuit issues a decision in *Clarke v. AMN Services, LLC*, Case No. 19-55784, which is set for hearing on July 8, 2020.

2. Within thirty (30) days of the Ninth Circuit's decision in *Clarke v. AMN Services, LLC*, Case No. 19-55784, the Parties shall submit a schedule to the Court proposing deadlines for:

    a. Defendant to produce its 30(b)(6) witness;

    b. The parties to complete non-expert discovery relating to class certification; and

\\\

    c. Plaintiff to file a motion for class/collective certification.

IT IS SO ORDERED.

-2-

Dated: __June 4, 2020__          /s/ _Erica P. Grosjean_
                                 UNITED STATES MAGISTRATE JUDGE