UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC. and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-EPG<br><br>ORDER LIFTING STAY OF PROCEEDINGS AND GRANTING JOINT REQUEST TO RESET DEADLINE FOR LITIGATION PLAN<br><br>(ECF. No. 29) |

Currently before the Court is the parties' Joint Report Re: *Clarke v. AMN Services, LLC* and Request to Reset Deadline for Litigation Plan. (ECF No. 29.) Having reviewed the joint report, the Court will lift the stay in this case and grant the parties' request to extend the deadline to submit a litigation plan.

On June 4, 2020, the Court entered an order staying all proceedings in this case until after the Ninth Circuit issued a decision in *Clarke v. AMN Services, LLC*, Case No. 19-55784. (ECF No. 27.) The Court further directed the parties to submit a schedule to the Court within thirty (30) days of the Ninth Circuit's decision in *Clarke* proposing deadlines for Defendant to produce its Federal Rule of Civil Procedure 30(b)(6) witness, completion of non-expert discovery relating to class certification, and filing a motion for class and/or collective action certification. (*Id*.) The

1

parties' joint report, filed on March 9, 2021, explains that the Ninth Circuit issued its decision in *Clarke* on February 8, 2021. (ECF No. 29.) However, Defendant has retained new counsel who needs additional time to familiarize themselves with the case, obtain case files from previous defense counsel, file an application for additional counsel to appear *pro hac vice*, and meet and confer regarding a litigation plan. (*Id.*)

The Court finds good cause to grant the parties' request. Additionally, in light of the parties' representation that the Ninth Circuit has issued a decision in *Clarke,* the Court will lift the stay.

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that:
1. The stay of all proceedings in this case is lifted;
2. Within thirty (30) days of entry of this order, the parties shall submit a schedule to the Court proposing dates for:
    a. Defendant to produce its Rule 30(b)(6) witness;
    b. Completion of non-expert discovery relating to class certification;
    c. Filing a motion for class and/or collective action certification; and
3. Defendant shall promptly take any additional steps necessary to appear in this case, including filing an application pursuant to Local Rule 180 seeking admission *pro hac vice* for any attorneys who are not members of the Bar of this Court.

IT IS SO ORDERED.

Dated:   **March 10, 2021**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE