UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC. and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-EPG<br><br>ORDER GRANTING MOTION TO WITHDRAW SARAH KROLL-ROSENBAUM AND SAYAKA KARITANI AS COUNSEL FOR DEFENDANT<br><br>(ECF No. 31) |

Currently before the Court is a motion to withdraw Sarah Kroll-Rosenbaum and Sayaka Karitani as counsel of record for Defendant Medical Staffing Solutions, Inc. ("Defendant"). (ECF No. 31.) Although entitled a motion to withdraw, the motion is in effect a notice of withdrawal and no noticed motion is required as Defendant continues to be represented by counsel in this matter. *See* Local Rule 182(d).

The Court has considered the motion to withdraw, finds the motion suitable for decision without oral argument, and finds good cause exists for granting the motion. Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw Sarah Kroll-Rosenbaum and Sayaka Karitani as counsel of record for Defendant (ECF No. 31) is GRANTED; and

///

2. The Clerk of Court is respectfully directed to terminate Sarah Kroll-Rosenbaum and Sayaka Karitani as counsel for Defendant on the docket in the above-captioned matter.

IT IS SO ORDERED.

Dated: **March 11, 2021**            /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE