UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00236-EPG<br><br>ORDER MODIFYING CLASS ACTION SCHEDULING ORDER<br><br>(ECF Nos. 12, 25, 34) |

On June 4, 2020, the Court entered an order staying all proceedings in this case until after the Ninth Circuit issued a decision in *Clarke v. AMN Services, LLC*, Case No. 19-55784. (ECF No. 27.) The Court further directed the parties to submit a schedule to the Court within thirty (30) days of the Ninth Circuit's decision in *Clarke* proposing deadlines for Defendant to produce its Federal Rule of Civil Procedure 30(b)(6) witness, completion of non-expert discovery relating to class certification, and filing a motion for class and/or collective action certification. (*Id.*) On March 10, 2021, the Court entered an order lifting the stay and extending the deadline to submit a schedule. (ECF No. 32.)

On April 9, 2021, the parties filed a Joint Report and Proposed Schedule. (ECF No. 34.) Pursuant to the Joint Report and Proposed Schedule, Defendant shall produce a Rule 30(b)(6)

witness by August 13, 2021. Additionally, the Class Action Scheduling Order (ECF No. 12), as previously modified (ECF No. 25), is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Deadline for non-expert discovery related to class certification | September 17, 2021 |
| Deadline to file motion for class certification | October 1, 2021 |

In light of the Order Reassigning Case (ECF No. 17), the class certification motion will be heard by the undersigned. In scheduling the motion, the parties shall comply with Local Rule 230 and the Court's Standard Procedures, a copy of which may be found on the Court's website at https://caed.uscourts.gov. Alternatively, the parties may submit a request for a briefing schedule and hearing date for the Court's consideration. All other terms and conditions of the Class Action Scheduling Order (ECF No. 12) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 12, 2021**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

2