**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
TERESA JUNKERSFELD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10 inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00236-EPG<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:　　　November 19, 2021<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 10, 6th Floor |

**TO THE COURT, DEFENDANT MEDICAL STAFFING SOLUTIONS, INC., AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 19, 2021 at 10:00 a.m. in Courtroom 10 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, 6th Floor, Fresno, CA 93721, the Honorable Erica P. Grosjean presiding, Plaintiff Teresa Junkersfeld, on behalf of herself and the proposed settlement class, will and hereby does move for entry of an Order preliminarily approving the terms of the Joint Stipulation and Settlement Agreement with Defendant Medical Staffing Solutions, Inc., which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence, as fair, reasonable, and adequate.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: October 21, 2021          HAYES PAWLENKO LLP

                                            By:/s/Kye D. Pawlenko
                                                Attorneys for Plaintiff