**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
TERESA JUNKERSFELD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JUNKERSFELD, an individual on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.; and DOES 1 to 10 inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00236-EPG<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:　　　May 20, 2022<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 10, 6th Floor |

**TO THE COURT, DEFENDANT MEDICAL STAFFING SOLUTIONS, INC., AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 20, 2022 at 10:00 a.m. in Courtroom 10 (6th Floor) of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721, the Honorable Erica P. Grosjean, presiding, Plaintiff Teresa Junkersfeld ("Plaintiff") will and hereby does move the Court to grant final approval of the Joint Stipulation and Settlement Agreement and to enter the Proposed Order and Judgment lodged contemporaneously herewith.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: April 22, 2022                    **HAYES PAWLENKO LLP**

                                         By:/s/Kye D. Pawlenko
                                         Attorneys for Plaintiff

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1