UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA JUNKERSFELD,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL STAFFING SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00236-EPG<br><br>ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF No. 48) |

Before the Court is Plaintiff's motion for final approval of the parties' class action settlement. (ECF No. 48.)

Federal Rule of Civil Procedure 23(e)(2)(c) requires district courts to consider whether "the relief provided for the class is adequate, taking into account . . . any agreement required to be identified under Rule 23(e)(3)[.]" Rule 23(e)(3), in turn, requires parties seeking approval to "file a statement identifying any agreement made in connection with the proposal." Having reviewed Plaintiff's briefing in support of the motion, the Court has not located a statement concerning Rule 23(e)(3). Accordingly, the Court will grant the parties leave to file such a statement.

Accordingly, IT IS HEREBY ORDERED that, within seven days of entry of this order, the parties may file a statement providing the information required under Rule 23(e)(3).
IT IS SO ORDERED.

Dated:  **June 8, 2022**                              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1